Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Alex Goldstein,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Wayne P. Marsh, P.C., d/b/a<br>Marsh Law Group, Jimmy Bracy,<br>and Jane Doe Bracy,<br><br>　　　　Defendants. | No. CV14-1996-PHX-DJH<br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Plaintiff, by and through counsel, hereby gives notice of dismissal of this case in its entirety against all parties with prejudice, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

1

2   RESPECTFULLY SUBMITTED: <u>November 21, 2014</u>.

3

4
<pre>                          s/ Floyd W. Bybee
                         Floyd W. Bybee, #012651
5                        BYBEE LAW CENTER, PLC
                         90 S. Kyrene Rd., Ste. 5
6                        Chandler, AZ 85226-4687
                         Office: (480) 756-8822
7                        Fax: (480) 302-4186
                         floyd@bybeelaw.com
8
                         Attorney for Plaintiff
9</pre>

10  Copy of the foregoing *emailed* and
    *mailed* <u>November 21, 2014</u> to:
11
    Wayne P. Marsh
12  Wayne P. Marsh, P.C.
    17220 N. Boswell Blvd Ste 240E
13  Sun City, AZ 85373-1981
    Attorney for Defendants
14

15  by <u>Floyd W. Bybee</u>

16

17

18

19

20

21

22

23

24

25

- 2 -